# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ATTEBURY GRAIN, LLC, a limited liability company, | Case No. 2:17-cv-02407 R(PJWx) |
| Plaintiff, | **ORDER GRANTING DISMISSING WITHOUT PREJUDICE THE THIRD AND FOURTH CLAIMS FOR RELIEF** |
| v. | |
| VAC PROPERTIES, LLC, a limited liability company; VICENTE A. CORTEZ, TRUSTEE OF THE VICENTE CORTEZ SEPARATE PROPERTY TRUST; VICENTE CORTEZ, an individual; and JUANA CORTEZ, an individual; and JUAN CORTEZ, an individual, | Trial Date: None |
| Defendants. | |

Based on the Joint Stipulation of the parties, filed on November 16, 2017, and good cause therefor appearing, **IT IS ORDERED** that the Third And Fourth Claims for Relief are dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: November 28, 2017

_____
THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

JOSEPH N. AKROTIRIANAKIS
(State Bar No. 197971)
jakro@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071

Attorneys for Plaintiff ATTEBURY GRAIN, LLC