# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – ROYBAL COURTHOUSE

| | |
|---|---|
| ATTEBURY GRAIN, LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VAC PROPERTIES, LLC, a limited liability company; VICENTE A. CORTEZ, TRUSTEE OF THE VICENTE CORTEZ SEPARATE PROPERTY TRUST; VICENTE CORTEZ, an individual; and JUANA CORTEZ, an individual; and JUAN CORTEZ, an individual,<br><br>Defendants. | Case No. 2:17-cv-02407 R(PJWx)<br>*Assigned to the Hon. Manuel L. Real*<br><br>**JUDGMENT** |

In a written order filed November 13, 2017, this Court, the Honorable Manuel L. Real, United States District Judge, presiding, granted the motion of Plaintiff Attebury Grain, LLC ("Plaintiff" or "Attebury"), for partial summary judgment, concluding that Plaintiff is entitled to summary judgment on its First and Second Claims for Relief (Dkt. No. 58).

Based on the Joint Request of the Parties (Dkt. No. 61), the Court dismissed without prejudice Plaintiff's remaining claims (Third and Forth Claims for Relief, Dkt. No. 63).

Judgment is hereby entered as follows, in favor of Plaintiff:

1. Against Defendants Vicente Cortez and Juan Cortez, jointly and severally, the amount of $200,000.00, plus prejudgment interest at the rate of 7% per annum from April 19, 2016, until the date of this Judgment. (As of November 28, 2017, the prejudgment interest since April 19, 2016, at a daily rate of $38.36, is $22,553.42. When the prejudgment interest through November 28, 2017, is combined with the judgment amount, it sums to $222,553.42.)

2. Against Defendant Vicente Cortez, the amount of $251,492.49, plus prejudgment interest at the rate of 7% per annum from April 19, 2016 until the date of this Judgment. (As of November 28, 2017, the prejudgment interest since April 19, 2016, at a daily rate of $48.23, is $28,360.08. When the prejudgment interest through November 28, 2017, is combined with the judgment amount, it sums to $279,852.57.)

3. Against Defendant Vicente Cortez, the amount of $902,984.98 (actual amount of funds fraudulently transferred ($451,492.49) x 2), as exemplary damages. Cal. Civ. Code § 3294(a).

The fraudulent transfer of real property, located on Gratian Street in the City of Los Angeles, to Defendant VAC Properties ("VAC"), a limited liability

company of which Vicente Cortez is the sole managing member, is avoided to the extent necessary to satisfy Plaintiff's claims. Cal. Civ. Code § 3439.07(a)(1).

Plaintiff is also entitled to post-judgment interest at the rate of 1.61%, the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week ending November 24, 2017, as well as its costs of suit. Plaintiff is directed to submit a bill of costs.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 12, 2017

_____
THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE